THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>TUYET THI DANG,<br>　　　　　　　　　　Defendant. | NO. CR11-5619BHS<br><br>**ORDER GRANTING MOTION TO CONTINUE RESTITUTION HEARING DATE** |

THIS MATTER having come on regularly before the above-entitled Court and the Court having reviewed the records and files herein, and deeming itself fully advised in the premises, now, therefore, it is hereby,

ORDERED that the Restitution Hearing currently set for July 24, 2013, shall be continued to __December 9__, 2013 at __3:30__ a.m./**p.m.**

DATED this __21__ day of __November__, 2013.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

PRESENTED BY:　　　　　　　　　　　　APPROVED AS TO FORM; NOTICE OF
　　　　　　　　　　　　　　　　　　　　PRESENTATION WAIVED:

/s/Charles A. Johnston
(Digitally signed by /s/Charles A. Johnston, DN: cn=/s/Charles A. Johnston, o=Charles A. Johnston, PLLC, Attorney at Law, ou, email=charlesjohnston.law@gmail.com, c=US, Date: 2013.07.23 13:54:37 -07'00')

CHARLES A. JOHNSTON, WSBA#: 9058　　　Patricia C. Lally, WSBA #: 28910
Attorney for Defendant, Tuyet Thi Dang　　　Assistant United States Attorney,
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Order Granting Motion to Continue Restitution Hearing
Date - 1

CHARLES A. JOHNSTON, Attorney at Law
202 East 34th Street, Tacoma, WA 98404
Tel.: (253) 473-3090; Fax: (253) 473-6633
kim.cjohnstonlaw@gmail.com
charlesjohnston.law@gmail.com